## RECONSIDERATION OF PRIOR DECISIONS

2002–0085.   Green v. Cincinnati Ins. Co.

Huron App. No. H–01–018. Reported at 95 Ohio St.3d 1425, 2002-Ohio-1760, 766 N.E.2d 602. On motion for reconsideration. The motion fails for want of four votes on the following vote:

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., vote to deny.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., vote to grant.

COOK, J., not participating.